133 F.3d 910
 Mr. Scott Lawvere, Mrs. Scott Lawvere
v.
East Lycoming School District, Pennsylvania State
Constables, Robin Schuller, Principal, J. Howard Landgon,
Attorney, C. Roger McRae, District Magistrate, Larry
Peterman, Office of Constable, Schrewberry Twp., Steven
Litzelman, Office of Constable Jersey Shore Borough, Gurn
Weber, Office of Constable Old Lycoming Twp.
 NO. 97-7215
 United States Court of Appeals,
Third Circuit.
 Nov 14, 1997
 
 Appeal From: M.D.Pa. ,No.95cv01515 ,
 Muir, J.
 
 
 1
 Affirmed.